UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE BOENSCH COMPANY,
a Michigan corporation,

    Plaintiff,

vs.

PENN ALUMINUM INTERNATIONAL,
INC., a Delaware corporation,

    Defendant.

_____

Case No. 2:11-cv-11748
Hon. Marianne O. Battani
Magistrate Judge Mark A. Randon

## ORDER FOR DISCOVERY

This matter having come before the court on Plaintiff's motion to compel discovery, briefs having been filed and the court having heard oral arguments;

IT IS ORDERED that Defendant produce summary sales data for the twelve (12) Penn Aluminum accounts identified in the email of March 8, 2009 sufficient for making a determination of the applicable commission, if Plaintiff were eligible to receive commissions on said accounts, for the period between May 6, 2004 and December 31, 2009. Said information is to be provided within twenty-one (21) days of the date hereof.

    SO ORDERED.

                                        s/Mark A. Randon
                                        MARK A. RANDON
                                        UNITED STATES MAGISTRATE JUDGE

Dated: August 22, 2012

<u>*Certificate of Service*</u>

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, August 22, 2012 by electronic and/or ordinary mail.*

<u>*s/Melody Miles*</u>
*Case Manager to Magistrate Judge Mark A. Randon*
(313) 234-5540

Approved as to form:

| | |
|---|---|
| <u>s/Kevin P. Albus</u> | _____ |
| Randall J. Gillary, P.C. | Ogne, Alberts & Stuart, P.C. |
| 201 W. Big Beaver Rd., Ste. 1020 | 1869 E. Maple Rd. |
| Troy, MI  48084 | Troy, MI  48083 |
| (248) 528-0440 | (248) 362-3707 |
| kalbus@gillarylaw.com | dalberts@oaspc.com |
| P53668 | P26348 |

Dated: August 22, 2012

2